BEFORE THE FIRST DIVISION, OCTOBER 18, 1961

**No. 66149.**—Ross Products, Inc. *v.* United States, protest 61/1909 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass payerweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.

**No. 66150.**—B. Shackman & Co., Inc., et al. *v.* United States, protests 58/2614, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of Dutch girl tea sets similar in all material respects to those the subject of Abstract 65155, the claim of the plaintiffs was sustained.